TRINA A. HIGGINS, United States Attorney (#7349)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801)-524-5682
Email:  Stewart.Young@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. AUSTIN BENSON, Defendant. | Case No. 2:23-CR-297 DBB  NOTICE OF GOVERNMENT DISMISSAL OF INDICTMENT RELATING TO AUSTIN BENSON WITHOUT PREJUDICE |
|---|---|

COMES NOW, the United States Attorney for the District of Utah, through and by the undersigned Assistant United States Attorney, and based upon leave of this Court and pursuant to Fed. R. Crim. P. 48(a), the United States hereby dismisses without prejudice Defendant AUSTIN BENSON's Indictment in this case.

Respectfully submitted this 22nd day of November, 2023.

TRINA A. HIGGINS
United States Attorney

/s/ *Stewart M. Young*
STEWART M. YOUNG
Assistant United States Attorney